UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:05-CR-056-LRH-VPC |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DAWN MARIE LINTON ) | |
| ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#27) on October 14, 2005.  Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.  Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CAPITAL ONE
Amount of Restitution: $389.16

Name of Payee: CHASE MANHATTAN BANK USA
Amount of Restitution: $848.78

Name of Payee: AMERICAN EXPRESS GLOBAL SECURITY
Amount of Restitution: $2,805.86

Name of Payee: CITIBANK
Amount of Restitution: $6,431.81

Name of Payee: SEARS PAYMENT CENTER (later acquired by CITIGROUP)
Amount of Restitution: $8,777.04

Name of Payee: GE FINANCIAL
Amount of Restitution: $14,050.71

Name of Payee: PIER 1 NATIONAL BANK
Amount of Restitution: $7,939.58

**Total Amount of Restitution ordered:** $41,242.94

Dated this 10th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE